UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

VILIAMI TU'AKOI, an individual,

Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an Indiana non-profit,

Defendant.

Case No. 4:26-cv-00553-DCN

**MEMORANDUM DECISION AND ORDER**

## I. INTRODUCTION AND BACKGROUND

Before the Court is Plaintiff Viliami Tu'Akoi's Motion for Temporary Restraining Order and/or Preliminary Injunction. Dkt. 5 (the "Motion"). Tu'Akoi is an undergraduate student at Idaho State University ("ISU") and member of the ISU football team. In July 2026, ISU submitted a one-year eligibility waiver application to Defendant National Collegiate Athletic Association (the "NCAA") on Tu'Akoi's behalf, citing Tu'Akoi's two years at a junior college ("JUCO") program and his redshirt year during the 2024–25 season as justification for the waiver. The NCAA denied the waiver on August 20, 2026, stating that Tu'Akoi already had four participation opportunities in five years: the 2022–23, 2023–24, and 2025–26 seasons when he competed, and the 2021–22 season because Tu'Akoi was a member of a JUCO football team but chose not to compete to focus on

academics. Without the waiver, Tu'Akoi is ineligible to compete on the ISU football team and will not receive scholarship funds to complete his bachelor's program.

Tu'Akoi filed the Motion on August 26, 2026,[1] asking the Court to enjoin the NCAA from enforcing its JUCO eligibility limitation bylaws (the so-called "Five-Year Rule") against him. Dkt. 5. This case was initially assigned to Judge B. Lynn Winmill. On August 27, 2026, the Court granted a similar request for injunctive relief in another case. *See Ramirez v. NCAA*, 2026 WL 2529490 (D. Idaho Aug. 27, 2026). Due to the overlapping issues of fact and law between this case and *Ramirez*, Judge Winmill reassigned this case to the undersigned on August 28, 2026. Dkt. 11.

## II. SUMMARY HOLDING[2]

Because the issues presented in this case are similar to those in *Ramirez*, the Court finds an injunction is similarly warranted in this case. The Court relies on its analysis and explanation in *Ramirez* and incorporates that here by reference. The injunction in this case will mirror the injunction in that case.

## III. LOOKING FORWARD

A hearing on Tu'Akoi's Motion will be held at 10:00 a.m. on Friday, September 4, 2026, at the Federal Courthouse in Pocatello, Idaho. The hearing will be held in tandem with the hearing scheduled for plaintiff's Motion for Preliminary Injunction in *Ramirez v.*

---

[1] Tu'akoi originally filed the motion on August 26, 2026, but due to filing errors re-filed the Motion on August 27, 2026.

[2] Although Tu'akoi did not seek an ex parte order, the Court will not wait for the NCAA to file a response to the Motion because (1) ISU's football season begins tomorrow, and (2) the Court already received a response from the NCAA in the related case, and it would presumably be the same response. *See* Response to Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction, *Ramirez v. NCAA*, Case No. 4:26-cv-00542-DCN, Dkt. 15 (D. Idaho Aug. 26, 2026).

*NCAA*, Case No. 4:26-cv-00542-DCN (D. Idaho). Additionally, while the Court at this time is not formally consolidating these two cases, it will consolidate briefing in preparation for the hearing. Defendants may file a single, combined response up to 30 pages in length addressing both Plaintiffs' Motions for Preliminary Injunction. Plaintiffs should likewise file a single, combined reply addressing both Plaintiffs' Motions for Preliminary Injunction that may be up to 15 total pages. The briefs should be filed in both cases. The Court will discuss formal consolidation at the hearing.

## IV. ORDER

Now, therefore, **IT IS HEREBY ORDERED**:

1. Tu'Akoi's Motion for Temporary Restraining Order and/or Preliminary Injunction (Dkt. 5) is GRANTED in PART. It is GRANTED to the extent Tu'Akoi seeks a TRO. Tu'Akoi's request for a preliminary injunction will be HELD IN ABEYANCE pending a hearing.
2. The NCAA is temporarily enjoined from enforcing its Five-Year Rule against Tu'Akoi, and from enforcing its Rule of Restitution against ISU should Tu'Akoi ultimately be unsuccessful on his request for a preliminary injunction.
3. This TRO is effective at the time of publishing and shall remain in full force and effect until further notice.
4. A hearing will be held at 10:00am on Friday, September 4, 2026, at the Federal Courthouse in Pocatello, Idaho. The hearing will be held in tandem with the hearing scheduled in *Ramirez v. NCAA*, Case No. 4:26-cv-00542-DCN (D.

Idaho). The NCAA's combined response is due on or before August 31, 2026, and the Plaintiffs' combined reply is due on or before September 2, 2026.

DATED: August 28, 2026

David C. Nye
U.S. District Court Judge